(PC) McKenzie v. Woodford et al. Doc. 7

United States District Court

Eastern District of California

| | |
|---|---|
| Gustavo McKenzie, | |
| Plaintiff, | No. Civ. S 05-2577 LKK PAN P |
| vs. | Order |
| Jeanne Woodford, et al., | |
| Defendants. | |

-oOo-

Plaintiff, a state prisoner without counsel, has filed a civil rights action pursuant to 42 U.S.C. § 1983 and requests leave to proceed in forma pauperis.

Plaintiff alleges a violation of his civil rights in Corcoran, California. Corcoran is in the Fresno Division of this court and the action should have been commenced there. <u>See</u> Local Rule 3-120(b). The court has not yet ruled on plaintiff's request to proceed in forma pauperis.

Accordingly, the court hereby orders that:

1.  This action is transferred to the Fresno Division.
2.  The clerk of court shall assign a new case number.
3.  All future filings shall reference the new case number and shall be filed at:

>      United States District Court
>      Eastern District of California
>      1130 "O" Street
>      Fresno, CA 93721

Dated:   January 19, 2006.

>                /s/ Peter A. Nowinski
>       PETER A. NOWINSKI
>       Magistrate Judge