UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUSTAVO McKENZIE,<br><br>        Plaintiff,<br><br>vs.<br><br>JEANNE WOODFORD, et al.,<br><br>        Defendants.<br>_____/ | 1:06-cv-00062-OWW-LJO-P<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND DISMISSING ACTION, WITHOUT PREJUDICE, FOR FAILURE TO OBEY A COURT ORDER**<br><br>(Docs. 15 and 16) |

   Plaintiff Gustavo McKenzie ("plaintiff"), a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

   On August 18, 2006, the Magistrate Judge filed a Findings and Recommendations herein which was served on plaintiff and which contained notice to plaintiff that any objection to the Findings and Recommendations was to be filed within twenty days. To date, plaintiff has not filed any objection to the Magistrate Judge's Findings and Recommendations.

//

1

1  In accordance with the provisions of 28 U.S.C. §
2  636(b)(1)(C) and Local Rule 73-305, this Court has conducted a <u>de</u>
3  <u>novo</u> review of this case.  Having carefully reviewed the entire
4  file, the Court finds the Findings and Recommendations to be
5  supported by the record and by proper analysis.
6  Accordingly, IT IS HEREBY ORDERED that:
7  1.  The Findings and Recommendations, filed August 18,
8  2006, is ADOPTED IN FULL; and,
9  2.  This action is DISMISSED, without prejudice, based on
10 plaintiff's failure to obey the court's order of June 19, 2006.

12 IT IS SO ORDERED.
13 **Dated:   September 23, 2006**           **/s/ Oliver W. Wanger**
   emm0d6                                UNITED STATES DISTRICT JUDGE

2